UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| SHELLEY MOHON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:14-CV-05648-KLS<br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall further evaluate the medical source opinions, including but not limited to Gary Schuster, M.D., David Smith, M.D., and Casey Jones, M.D., and provide adequate rationale for either accepting or rejecting these medical source opinions in accordance with 20 C.F.R §§ 404.1527, 416.927 and Social Security Rulings (SSR) 96-2p, 96-5p, and 96-6p. The ALJ shall further evaluate the nature, severity and limiting effects of the claimant's medically determinable mental impairments, in accordance with 20 C.F.R. §§ 404.1520(c), 416.920(c).

Page 1  ORDER OF REMAND - [3:14-cv-05648-KLS]

The ALJ shall further evaluate the claimant's maximum residual functional capacity (20 C.F.R. §§ 404.1545, 416.945, and SSRs 85-16 and 96-8p). In so doing, the ALJ shall further evaluate the claimant's subjective complaints in accordance with 20 C.F.R. §§ 404.1529, 416.929 and SSR 96-7p. The ALJ shall obtain evidence from an appropriate medical expert to provide a longitudinal overview of the nature and severity of the claimant's physical impairments, including carpal tunnel syndrome, and to assess any functional limitations (20 C.F.R. §§ 404.1527(e), 416.927(e), and SSR 96-6p). If warranted, the ALJ shall obtain supplemental evidence from a vocational expert in accordance with 20 C.F.R. §§ 404.1569 and SSRs 83-12, 83-14, 85-15, and 00-4p.

Plaintiff is entitled to reasonable attorney fees pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 11th day of February, 2015.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Heather L. Griffith
HEATHER L. GRIFFITH
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3709
Fax: (206) 615-2531
heather.griffith@ssa.gov

Page 2  ORDER OF REMAND - [3:14-cv-05648-KLS]